1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JUSTIN STEEPE,

        Plaintiff,

v.

PERRY RUSSELL, *et al.*,

        Defendants.

Case No. 3:21-cv-00178-ART-CLB

ORDER APPROVING
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Justin Steepe, *pro se*, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned matter should be dismissed with prejudice by order of this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1          This Stipulation and Order for Dismissal with Prejudice is executed as part of an

2    out-of-court settlement between the Parties. Pursuant to the Parties' Settlement

3    Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees

4    and costs.

5                                              * * *

6    DATED: *12-20-2022*                    DATED: 01/05/2023

7

8                                           AARON D. FORD
                                            Attorney General
9

10   By: _____           By: /s/ Andrew C. Nelson
          JUSTIN STEEFE                          ANDREW C. NELSON, Bar No. 15971
11        Plaintiff in pro se                    Deputy Attorney General
                                                 Attorneys for Defendants
12

13   **IT IS SO ORDERED**.

14

15   DATED: January 6, 2023

16                                          _____
                                            Anne R. Traum
17                                          United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28